In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00234-CR

_____

BRONSON WILLIAMS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 13-17383

MEMORANDUM OPINION

Bronson Williams appealed from a sentence pronounced on April 2, 2018. The notice of appeal was filed with the trial court on May 16, 2018, more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. Williams did not respond.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R.

App. P. 26.3. It does not appear that Williams obtained an out-of-time appeal from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on August 28, 2018
Opinion Delivered August 29, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.